# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Central Iowa Carpenters Pension Plan Trust Fund
Brian Ewing
Marshall G. Linn, III
Central Iowa Carpenters Money Purchase Plan

        Plaintiff

v

Unipro Construction, Inc.
Guadalupe Valerio

        Defendant

**DEFAULT JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 4:18-cv-00006

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

⦿ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that judgment by default is entered in favor of Plaintiffs and against defendants. Defendant Unipro shall pay:

1. $62,824.69 to Central Iowa Carpenters Pension Plan Trust Fund for unpaid contributions; $6,286.32 in liquidated damages; $2,578.07 in attorney's fees; and interest on the unpaid contributions which shall be determined by using the rate provided under the plan, or, if none, the rate prescribed under section 6621 of Title 26.

2. $26,342.92 to Central Iowa Carpenters Money Purchase Plan for unpaid contributions ; $2,630.44 in liquidated damages; $2,578.07 in attorney's fees; and interest on the unpaid contributions which shall be determined by using the rate provided under the plan, or, if none, the rate prescribed under section 6621 of Title 26.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Guadalupe Valerio is personally obligated to satisfy the combined sum of the unpaid contributions, liquidated damages, and attorney's fees owed by Unipro in the amount of $103,240.51.

Date: December 13, 2018

CLERK, U.S. DISTRICT COURT

/s./ K. Chrismer
_____
By: Deputy Clerk